UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Call One Inc
                Plaintiff,

v.                                   Case No.: 1:21−cv−00466
                                      Honorable Andrea R. Wood

Berkley Insurance Company
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiff Call One's motion to strike Defendant Berkley's combined 56.1 statements [67] is denied. "[T]he decision whether to apply [Local Rule 56.1] strictly or to overlook any transgression is one left to the district court's discretion." Stevo v. Frasor, 622 F.3d 880, 886 (7th Cir. 2011). While Defendant's submission does not strictly comply with Local Rule 56.1, the Court finds any resulting prejudice negligible such that striking the statement would make for unnecessarily strong medicine. The Court has little difficulty matching Local Rule 56.1 statements of fact to their corresponding motion. And the Court finds no evidence in support of Plaintiff's suggestion that Defendant intentionally disregarded Local Rule 56.1 in search of an unfair advantage. The Court has taken Defendant's combined statement of facts [66] under advisement along with the remainder of the summary judgment record. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.